**DAVID R. OWENS**, State Bar No. 180829
dowens@owenstarabichi.com
**OWENS TARABICHI LLP**
111 N. Market St., Suite 730
San Jose, California  95113
Telephone:   408-298-8200
Facsimile:    408-521-2203

Attorneys for Plaintiff
Brandywine Communications Technologies, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandywine Communications Technologies, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Impulse Advanced Communications, LLC,<br><br>Defendant. | Case No. CV-12-11013-JAK (AJWx)<br><br>**STIPUALTED REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 45 DAYS** |

     Plaintiff Brandywine Communications Technologies, LLC and Defendant Impulse Advanced Communications, LLC respectfully submit this stipulated request to extend the time for Defendant to respond to the initial Complaint by 45 days.  In support, the parties state the following:

     1.     Brandywine served the initial Complaint on Defendant on February 22, 2013.

     2.     On March 13, 2013, the parties filed a stipulation to extend time to respond to the Complaint pursuant to Local Rule 8-3, extending the response deadline to April 15, 2013.

     3.     Since that time, Defendant has been attempting to retain counsel.

     4.     Defendant has interviewed several attorneys, but the one Defendant was interested

in had a conflict.

5. Defendant requires more time to obtain counsel.

6. The parties have conferred, and Brandywine does not oppose an extension of forty-five (45) more days, to May 31, 2013, for Defendant to obtain counsel and respond to the initial Complaint.

WHEREFORE, the parties respectfully request an further extension of forty-five (45) days, to May 31, 2013, for Defendant to respond to Brandywine's initial Complaint.

Dated: April 15, 2013

Respectfully submitted,

/s/ David R. Owens
David R. Owens
OWENS TARABICHI LLP
Attorneys for Plaintiff
Brandywine Communications Technologies, LLC

Ken Alker
Defendant Impulse Advanced Communications, LLC