1   **DAVID R. OWENS**, State Bar No. 180829
    dowens@owenstarabichi.com
2   **OWENS TARABICHI LLP**
    111 N. Market St., Suite 730
3   San Jose, California 95113
    Telephone: 408-298-8200
4   Facsimile:  408-521-2203

5   Attorneys for Plaintiff
    Brandywine Communications Technologies, LLC
6

7

8                       UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11  Brandywine Communications          Case No. CV-12-11013-JAK (AJWx)
    Technologies, LLC,
12                                      **[PROPOSED] ORDER GRANTING
                                        STIPULATED REQUEST TO EXTEND
                   Plaintiff,           TIME TO RESPOND TO INITIAL
13                                      COMPLAINT BY 45 DAYS**
            vs.
14
    Impulse Advanced Communications, LLC,
15
                   Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

owens tarabichi llp
Counselors At Law                          1                      PROPOSED ORDER

1    The parties having filed a stipulated request to extend the time for Defendant Impulse

2   Advanced Communications, LLC to respond to the Complaint by 45 days, and for good cause

3   appearing, is hereby GRANTED as follows:

4    Defendant Impulse Advanced Communications, LLC shall file a response to the

5   Complaint on or before May 31, 2013.

6

7    IT IS SO ORDERED.

8

9

10   Dated: _____                    _____

                                                 Honorable John A. Kronstadt

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

owens tarabichi llp
Counselors At Law

2                                    PROPOSED ORDER