# CERTIFICATE OF SERVICE

I am employed in the City of San Jose, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 111 N. Market St., Suite 730, San Jose, California 95113. On April 17, 2013, I caused copies of the attached document(s) described as follows:

**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 45 DAYS**

to be served on:

Impulse Advanced Communications, Inc.
c/o David Clark
5383 Hollister Ave. Suite 240
Goleta, CA  93111

☐ (BY OVERNIGHT DELIVERY) I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from San Jose, California. I am readily familiar with the practice of Owens Tarabichi LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

☑ (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in San Jose, California. I am readily familiar with the practice of Owens Tarabichi LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

☐ (BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ (BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

☐ (BY ELECTRONIC MAIL) The person whose name is noted below caused to be transmitted by electronic mail to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  April 17, 2013          By:  _____
                                    David R. Owens

owens tarabichi llp
Counselors At Law

Cert. Ser. Stip.
Request