1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Brandywine Communications Technologies, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>Impulse Advanced Communications, LLC,<br><br>                Defendant. | Case No. CV-12-11013-JAK (AJWx)<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 45 DAYS** |
|---|---|

owens tarabichi llp
Counselors At Law

1                                      PROPOSED ORDER

1  The parties having filed a stipulated request to extend the time for Defendant Impulse
2  Advanced Communications, LLC to respond to the Complaint by 45 days, and for good cause
3  appearing, is hereby GRANTED as follows:
4  Defendant Impulse Advanced Communications, LLC shall file a response to the
5  Complaint on or before May 31, 2013. There will be no further continuances.

7  IT IS SO ORDERED.

Dated: April 18, 2013

Honorable John A. Kronstadt