# SCHEDULE OF PRETRIAL AND TRIAL DATES

| Case No.: | |
|---|---|
| Case Name: | |

| Matter | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|
| [   ] Jury Trial  [    ] Court Trial: **(Tuesday at 9:00 a.m.)**  Duration Estimate: _____ Days / _____ Weeks | | | |
| Status Conference re Exhibits:  **(Friday at 3:00 p.m.)**  Friday before the trial date | | | |
| Final Pretrial Conference: **(Monday at 3:00 p.m.)**  2 weeks before the trial | | | |
| Post Mediation Status Conference: **(Monday at 1:30 p.m.)**  30 days before the cut-off date | | | |

| Matter | Weeks Before Trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| Last Date to Amend Pleadings/Add Parties | | | | |
| Non-Expert Discovery Cut-Off | 16 | | | |
| Expert Disclosure (initial) | 15 | | | |
| Expert Disclosure (rebuttal) | 11 | | | |
| Last Date to Conduct Settlement Conference | 10 | | | |
| Expert Discovery Cut-Off | 8 | | | |
| Last Date to Hear Motions | 8 | | | |

| | | | |
|---|---|---|---|
| Settlement Procedure Selection (ADR-12 Form will be completed by Court): 1. Magistrate Judge 2. Attorney Settlement Officer Panel 3. Outside ADR/Non-Judicial | | | |