Eric R. Welsh, State Bar No. 250563
ewelsh@rreeves.com
REEVE & ASSOCIATES,
  A Professional Law Corporation,
Two North Lake Avenue Ninth Floor
Pasadena, CA  91101
tel: (626) 795-6777
fax: (626) 795-6999

Attorneys for Defendant
Impulse Advanced Communications, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGY, LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>IMPULSE ADVANCED COMMUNICATIONS, LLC,<br><br>             Defendant. | Case No.:  2:12-cv-11013-JAK-AJW<br><br>**DEFENDANT'S CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

L.R. 7.1 Certificate– Page 1

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for the Defendant certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

.

1. Kenneth B. Alker
2. Anthony E. Papa
3. James P. Pisani

Each of these individuals has a financial interest in the defendant entity Impulse Advanced Communications, LLC.

4. The plaintiff Brandywine Communications, LLC.

Dated this 6th day of June, 2013.

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record by electronically filing the document with the Clerk of the Court using the CM/ECF system on the 6th day of June, 2013.

/s/Eric R. Welsh
Eric R. Welsh