1  **DAVID R. OWENS**, State Bar No. 180829
   dowens@owenstarabichi.com
2  **OWENS TARABICHI LLP**
   111 N. Market St., Suite 730
3  San Jose, California  95113
   Telephone:   408-298-8200
4  Facsimile:    408-521-2203

5  Attorneys for Plaintiff
   Brandywine Communications Technologies, LLC
6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10 | Brandywine Communications
   | Technologies, LLC,                    | Case No. CV-12-11013-JAK-AJW
11 |
12 |           Plaintiff,
   |                                        | **JOINT STIPULATION OF DISMISSAL**
13 |     vs.
14 | Impulse Advanced Communications,
   | LLC,
15 |
16 |           Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

                                                              **STIP. DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in this case, without admitting any liability, stipulate and agree that the parties hereby voluntarily dismiss all claims in this action, with prejudice, and each party will bear its own attorneys' fees and costs.

Dated: August 19, 2013                        Respectfully submitted,

HUNTSMAN LAW GROUP, PLLC                      OWENS TARABICHI LLP

*/s/*                                         */s/*
Robert A. Huntsman                            David R. Owens

Attorneys for Defendant                       Attorneys for Plaintiff
Impulse Advanced Communications, LLC          Brandywine Communications Technologies, LLC

I hereby attest, pursuant to Local Rule 5-4.3.4(a)(2) that counsel whose e-signature appears on the foregoing has concurred with this filing.

Dated: August 19, 2013

                                              */s/*
                                              David R. Owens

STIP. DISMISSAL

1